||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:   21CR3173-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| **Humberto Anguiano Avina**, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for December 10, 2021 to January 14, 2022 at 1:30 p.m. is granted. For the reasons set forth in the joint motion, it is further ordered that time is excluded from the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  December 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge